CLOVIS JOHNSON *v.* COMMISSIONER OF
CORRECTION

*Katharine S. Goodbody,* special public defender, in
support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in
opposition.

Decided October 12, 2000

C. JOHN SATTI, JR. *v.* ROBERT H. KOZEK,
ADMINISTRATOR (ESTATE OF
CHARLES SATTI)

C. ROBERT SATTI, SR. *v.* ROBERT H. KOZEK,
ADMINISTRATOR (ESTATE OF
CHARLES SATTI)

MCDONALD, C. J., and PALMER and VERTEFEU-
ILLE, Js., did not participate in the consideration or
decision of this petition.

*C. Robert Satti, Sr.,* pro se, in support of the petition.

*Renee Marie Houle,* in opposition.

Decided October 12, 2000